Mark M. Garay (SBN 059389)
430 Ridge Road
Tiburon, California 94920
Telephone: (415) 722-0100
GarayLLC@Pacbell.net

Attorney for Creditor and Adversary Plaintiff
PALADIN FUNDING, INC., a California Corporation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Debtor | CHAPTER 7<br><br>CASE NO. 23-30668<br>Adversary No. 24-03001<br><br>REQUEST FOR CLERK TO ENTER DEFAULT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 7055<br>[No Hearing Required] |
| PALADIN FUNDING, INC., A CALIFORNIA CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>Defendant. | |

As provided by Rule 7055 of the Federal Rules of Bankruptcy Procedure, Plaintiff PALADIN FUNDING, INC., a California Corporation, ("Plaintiff") requests that the Clerk enter the default of Defendant Nariman Teymourian ("Defendant") for failure to plead or otherwise defend against this action in a timely manner.

    1.    Name of defendant: Defendant and Debtor Nariman Teymourian.

    2.    The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on May 9, 2024.

    3.    As evidenced by the proof of service on file with this Court, the above-named Defendant was served with the original Adversary Complaint in this action pursuant to Rule

7004(b) of the Federal Rules of Civil Procedure on January 11, 2024, and Defendant through attorney Barzin Sabahat served an answer to that original complaint on February 5, 2024. Pursuant to this Court's minute order of March 29, 2024, Plaintiff served its FIRST AMENDED ADVERSARY COMPLAINT OF CREDITOR PALADIN FUNDING, INC. FOR A DETERMINATION THAT CERTAIN DEBTS ARE EXCEPTED FROM DISCHARGE on April 19, 2024, as set forth in its Certificate of Service filed on April 19, 2024, with service made as follows:

    a.    by sending a copy thereof, via Email, addressed to Barry Sabahat, Esq. at Barry@AnchorLawGroup.com, and Mark M. Garay, Esq. at GarayLLC@Pacbell.net, and

    b.    and by sending a copy thereof, via First Class Mail, postage pre-paid, addressed to:

    i.    Nariman Seyed Teymourian, 66 Barry Lane, Atherton, CA 90247, Defendant's address of record as submitted to this court in his original filing as debtor, AND

    ii.    Nariman Seyed Teymourian, 125 Greenley Road, New Canaan, CT 06840, which Plaintiff is informed is Defendant's current actual residence address.

    4.    A conformed copy of the executed service of summons form is attached hereto as Exhibit 1.

    5.    The time for filing an answer or other responsive pleading to the First Amended Complaint expired on May 9, 2024, pursuant to Federal Rule of Civil Procedure 15(a)(3) (incorporated into the Federal Rules of Bankruptcy Procedure by FRBP 7015), or 14 days after the April 19, 2024 service plus three days thereafter by mailing.

    6.    No answer or other pleading has been filed by the defendant notwithstanding Plaintiff's counsel's email to Defendant's counsel of May 14, 2024 advising him "Your client is now in default and Paladin Funding, intends to immediately pursue a default judgement in this matter."

I am over the age of 18 and a resident of the State of California. I have personal knowledge of the facts set forth herein, and could and would testify competently to them if called upon to do so. I declare under penalty of perjury under the laws of the United States of America and of California that the foregoing is true and correct.

DATED: May 23, 2024          /s/ *Mark M. Garay*
                                         Mark M. Garay
                                         Counsel for Plaintiff
                                         PALADIN FUNDING, INC., a California Corporation

| | |
|---|---|
| 1 | Mark M. Garay (SBN 059389) |
| | 430 Ridge Road |
| 2 | Tiburon, California 94920 |
| | Telephone: (415) 722-0100 |
| 3 | GarayLLC@Pacbell.net |
| 4 | Attorney for Creditor and Adversary Plaintiff |
| | PALADIN FUNDING, INC., a California Corporation |
| 5 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re: | CHAPTER 7 |
|---|---|
| NARIMAN SEYED TEYMOURIAN, | CASE NO. 23-30668 |
| Debtor | Adversary No. 24-03001 |
| | CERTIFICATE OF SERVICE OF FIRST AMENDED ADVERSARY COMPLAINT OF CREDITOR PALADIN FUNDING, INC. FOR A DETERMINATION THAT CERTAIN DEBTS ARE EXCEPTED FROM DISCHARGE |
| PALADIN FUNDING, INC., A CALIFORNIA CORPORATION | |
| Plaintiff, | |
| vs. | |
| NARIMAN SEYED TEYMOURIAN, | |
| Defendant. | |

I, JOHN H. DRESSLAR, declare:

1. I am a member of the State Bar of California and over the age of 18 and a resident of the State of California. I have personal knowledge of the facts set forth herein, and could and would testify competently to them if called upon to do so.

2. My business address is 1569 Solano Ave., Ste. 543, Berkeley, CA. On April 19, 2024, in Berkeley, CA, I served in the following document(s):

EXHIBIT 1

-1-

{00098692.1}

**FIRST AMENDED ADVERSARY COMPLAINT OF CREDITOR PALADIN FUNDING, INC. FOR A DETERMINATION THAT CERTAIN DEBTS ARE EXCEPTED FROM DISCHARGE**

on the interested parties in this action by sending a copy thereof, via Email Mail, addressed to:

Barry Sabahat, Esq. at Barry@AnchorLawGroup.com, and

Mark M. Garay, Esq. at GarayLLC@Pacbell.net

and by sending a copy thereof, via First Class Mail, postage pre-paid, addressed to:

~ Nariman Seyed Teymourian, 66 Barry Lane, Atherton, CA 90247,

~ Nariman Seyed Teymourian, 125 Greenley Road, New Canaan, CT 06840, and

I declare under penalty of perjury under the laws of the United States of America and of California that the foregoing is true and correct.

DATED: April 19, 2024

_____
JOHN H. DRESSLAR

-2-