**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Nariman Seyed Teymourian,<br>　　　Debtor(s). | Case No.: 23–30668<br><br>Chapter: 7 |
| 　　　Paladin Funding, Inc.,<br>　　　Plaintiff(s)<br><br>vs.<br><br>　　　Nariman Seyed Teymourian,<br>　　　Defendant(s). | Adversary No. 24–03001 |

**ORDER RE NOTICE OF DEFECTS IN REQUEST FOR ENTRY OF DEFAULT**

　　IT IS HEREBY ORDERED the Request for Clerk's Entry of Default against Nariman Seyed Teymourian Docket No. 11 was not signed by the Clerk of the Court for the following reason(s):

☐ Summons not served within 7 days and was stale. See FRBP 7004(e).

☐ Service of summons and complaint not in compliance with FRBP 7004.

　　☐ The complaint was not served to the attention of an officer, a managing or general agent, or to any other agent authorized by law to receive service of process on the defendant domestic or foreign corporation, partnership, or unincorporated association. Fed. R. Bankr. P. 7004(b) (3).

　　☐ The complaint was not served on the United States in the manner required by Fed. R. Bankr. P. 7004(b) (4), or on the officer or agency of the United States in the manner required by Fed. R. Bankr. P. 7004(b) (5).

　　☐ The complaint was not served on the defendant insured depository institution by certified mail as required by Fed. R. Bankr. P. 7004(h).

　　☐ Other:

☐ Summons and complaint not served upon address on record with the court.

☐ Defendant's name on certificate of service is different from complaint/court's record.

☒ No supporting declaration (or declaration is missing information) applicable to persons in military service, or who are infants or incompetents. See instructions for Form B2600 for details.

☐ Other:

Dated: 5/24/24　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　Dennis Montali
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge