# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 5/24/2024 |
| Case: 24–03001 | Form ID: DFDFT | Total: 4 |

**Recipients of Notice of Electronic Filing:**

aty     Barzin Barry Sabahat     barry@anchorlawgroup.com
aty     Mark M Garay     garayllc@pacbell.net

                                                                                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla     Paladin Funding, Inc.     c/o Mark M. Garay     430 Ridge Road     Tiburon, CA 94920
dft     Nariman Seyed Teymourian     66 Barry Ln.     Atherton, CA 90247

                                                                                                                                              TOTAL: 2